**Fill in this information to identify the case:**

Debtor 1: Steven Leo Goralski

Debtor 2: _____
(Spouse, if filing)

United States Bankruptcy Court for the: Eastern District of Michigan

Case number: 17-54636

Official Form 410S1

# Notice of Mortgage Payment Change    12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** U.S. Bank Trust National Association, et al

**Court claim no.** (if known): 4-1

**Last 4 digits** of any number you use to identify the debtor's account: 3 1 7 1

**Date of payment change:** 11/01/2018
Must be at least 21 days after date of this notice

**New total payment:** $ 1,175.76
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☒ No
   ☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ _____    New escrow payment: $ _____

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☐ No
   ☒ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: 4.50 %    New interest rate: 4.75 %

   Current principal and interest payment: $ 809.04    New principal and interest payment: $ 823.02

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   Current mortgage payment: $ _____    New mortgage payment: $ _____

Official Form 410S1    **Notice of Mortgage Payment Change**    page 1

| Debtor 1 | Steven | Leo | Goralski | Case number (if known) 17-54636 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

### Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ Megan M. Lynch
Signature

Date 10/03/2018

Print: Megan M. Lynch
First Name / Middle Name / Last Name

Title Bankruptcy Asset Manager

Company SN Servicing Corporation

Address 323 5th Street
Number / Street

Eureka CA 95501
City / State / ZIP Code

Contact phone (800) 603 0836

Email bknotices@snsc.com



**SN SERVICING CORPORATION**
323 FIFTH STREET
EUREKA CA 95501

(800) 603-0836
Para Español, Ext. 2660, 2643 o 2772
8:00 a.m. - 5:00 p.m. Pacific Time
Main Office NMLS #5985
Branch Office NMLS #9785

STEVEN L GORALSKI
314 DICKENSON ST
ROMEO MI 48065

September 7, 2018

## Subsequent Interest Rate Adjustment Notice

THIS COMMUNICATION IS FROM A DEBT COLLECTOR. SN SERVICING CORPORATION, THEIR EMPLOYEES, AGENTS AND ATTORNEYS ARE ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION OBTAINED BY US WILL BE USED FOR THAT PURPOSE. TO THE EXTENT THAT YOU MAY HAVE RECEIVED A DISCHARGE IN BANKRUPTCY THIS COMMUNICATION SHOULD NOT BE CONSTRUED AS INTENT TO SUBJECT YOU TO PERSONAL LIABILITY FOR THE DISCHARGED DEBT.

### Changes to Your Mortgage Interest Rate and Payments on October 1, 2018

Under the terms of your Adjustable-Rate Mortgage (ARM), you had a 6 month period during which your interest rate stayed the same. That period ends on October 1, 2018, so on that date your interest rate and mortgage payment change. After that, your interest rate may change every 6 months for the rest of your loan term.

|  | Current Rate and Monthly Payment | New Rate and Monthly Payment |
|---|---|---|
| Interest Rate | 4.50% | 4.75% |
| Total Monthly Payment | $1,161.78 | $1,175.76 (due November 1, 2018) |

**IMPORTANT:** To the extent your original obligation was discharged, or is subject to an automatic stay of bankruptcy under Title 11 of the United States Code, this statement is for compliance and/or informational purposes only and does not constitute an attempt to collect a debt or to impose personal liability for such obligation. However, Creditor retains rights under its security instrument, including the right to foreclose its lien.
**Interest Rate:** We calculated your interest rate by taking a published "index rate" and adding a certain number of percentage points, called the "margin." Under your loan agreement, your index rate is the 1st B.Day-6 Mo WSJ LIBOR and your margin is 2.25%. The 1st B.Day-6 Mo WSJ LIBOR index is published Monthly in The Wall Street Journal. The index rate plus margin will be rounded to the nearest 0.125%.
**Rate Limits:** Your rate cannot go higher than 7.75%, or lower than 2.25% over the life of the loan. Your rate can increase every 6 months by no more than 1.00%. Your rate can decrease every 6 months by no more than 1.00%.
**New Interest Rate and Monthly Payment:** The table above shows your new interest rate and new monthly payment. These amounts are based on the 1st B.Day-6 Mo WSJ LIBOR index, your margin, your loan balance of $108,200.99, and your remaining loan term of 186 months.
**Prepayment Penalty:** None
Please continue to mail your payments as previously directed. The title and telephone number of a person who will answer any question you may have regarding this notice is:

Name: Christopher Bideaux
Title: Asset Manager
Toll Free Number: (800) 603-0836, ext: 2721

*If your account is not contractually current, the new payment amount will not go into effect until your loan is due for 11/01/2018.

**The index value used is the published value, as of the effective date stated on your Note, in the printed edition of the Wall Street Journal.

U.S. Bankruptcy Court
Eastern District of Michigan (Detroit)

**Steven Leo Goralski**  Chapter 13
**Bankruptcy No.: 17-54636**

**<u>CERTIFICATE OF SERVICE</u>**

STATE OF CALIFORNIA, COUNTY OF HUMBOLDT

I, Megan M. Lynch, certify that I am a resident of the County aforesaid; I am over the age of 18 years and not a party to the within action; my business address is 323 Fifth Street, Eureka, California 95501.

On October 3rd 2018 I served the within a NOTICE OF MORTGAGE PAYMENT CHANGE on all interested parties in this proceeding by placing a true and correct copy thereof enclosed in a sealed envelope with postage prepaid in the United States mail at Eureka, California, addressed as follows:

Steven Leo Goralski
314 Dickenson St.
Romeo, MI 48065

Krispen S. Carroll, Trustee
719 Griswold
Suite 1100
Detroit, MI 48226

William D. Johnson, Attorney
Acclaim Legal Services
8900 E. 13 Mile Rd.
Warren, MI 48093

I certify under penalty of perjury that the foregoing is true and correct.

Executed on October 3rd 2018 at Eureka, California.

/s/ Megan M. Lynch
Megan M. Lynch

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re: Steven Leo Goralski

Case No. 17-54636

Chapter: 13

PROOF OF SERVICE

I, the undersigned, hereby certify that on the 3rd day of October 20 18 , a copy of the NOTICE OF MORTGAGE PAYMENT CHANGE by U.S. Bank Trust National Association, et al. c/o SN Servicing Corporation was served on the United States Bankruptcy Court for the Eastern District of Michigan at the following

> United States Bankruptcy Court
> Eastern District of Michigan
> 211 West Fort Street
> Detroit, MI 48226

Dated: 10/03/2018                    By: /s/ Megan M. Lynch