**Fill in this information to identify the case:**

Debtor 1     Steven Leo Goralski

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:  Eastern District of Michigan

Case number   17-54636-mar

---

Official Form 410S1          AMENDED

# Notice of Mortgage Payment Change                              12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount.  File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

Name of creditor: U.S. Bank Trust National Association, as Trustee of the Tiki Series III Trust

Court claim no. (if known): 4-1

**Last 4 digits** of any number you use to identify the debtor's account:    3  1  7  1

**Date of payment change:**
Must be at least 21 days after date of this notice        05/01/2020

**New total payment:**
Principal, interest, and escrow, if any        $      1,120.20

## Part 1:  Escrow Account Payment Adjustment

1.  **Will there be a change in the debtor's escrow account payment?**

    ☑ No
    ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change.  If a statement is not attached, explain why: _____
    _____

    Current escrow payment:  $ _____        New escrow payment:    $ _____

## Part 2:  Mortgage Payment Adjustment

2.  **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

    ☑ No
    ☑ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____
    _____

    Current interest rate:         4.375 %           New interest rate:              3.875 %

    Current principal and interest payment: $ _____ 803.47        New principal and interest payment:  $ _____ 778.35

## Part 3:  Other Payment Change

3.  **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

    ☑ No
    ☑ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
    (*Court approval may be required before the payment change can take effect.*)

    Reason for change: _____

    Current mortgage payment: $ _____        New mortgage payment:  $ _____

---

17-54636-mar    Doc 55    Filed 04/13/20    Entered 04/13/20 09:11:28    Page 1 of 5

| Part 4: | Sign Here |
|---------|-----------|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✖ /s/ Molly Slutsky Simons                                    Date  4/13/2020
   Signature

Print:      Molly Slutsky Simons                          Title  Attorney for Creditor
         First Name    Middle Name      Last Name

Company   Sottile & Barile, Attorneys at Law

Address   394 Wards Corner Road, Suite 180
         Number            Street

         Loveland                    OH      45140
         City                        State   ZIP Code

Contact phone   513-444-4100                Email  bankruptcy@sottileandbarile.com



SERVICING CORPORATION
323 FIFTH STREET
EUREKA CA  95501

(800) 603-0836
Para Español, Ext. 2660, 2643 o 2772
8:00 a.m. - 5:00 p.m. Pacific Time
Main Office NMLS #5985
Branch Office NMLS #9785

STEVEN L GORALSKI
314 DICKENSON ST
ROMEO MI  48065

March 10, 2020

**RE: Loan Number:** ▮▮▮▮▮▮▮▮▮

# Subsequent Interest Rate Adjustment Notice

THIS COMMUNICATION IS FROM A DEBT COLLECTOR. SN SERVICING CORPORATION, THEIR EMPLOYEES, AGENTS AND ATTORNEYS ARE ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION OBTAINED BY US WILL BE USED FOR THAT PURPOSE.  TO THE EXTENT THAT YOU MAY HAVE RECEIVED A DISCHARGE IN BANKRUPTCY THIS COMMUNICATION SHOULD NOT BE CONSTRUED AS INTENT TO SUBJECT YOU TO PERSONAL LIABILITY FOR THE DISCHARGED DEBT.

## Changes to Your Mortgage Interest Rate and Payments on April 1, 2020

**Under the terms of your Adjustable-Rate Mortgage (ARM), you had a 6 month period during which your interest rate stayed the same. That period ends on April 1, 2020, so on that date your interest rate and mortgage payment change. After that, your interest rate may change every 6 months for the rest of your loan term.**

|  | **Current** Rate and Monthly Payment | **New** Rate and Monthly Payment |
|---|---|---|
| Interest Rate | 4.375% | 3.875% |
| **Total Monthly Payment** | $1,145.32 | $1,120.20 (due May 1, 2020) |

**IMPORTANT:** To the extent your original obligation was discharged, or is subject to an automatic stay of bankruptcy under Title 11 of the United States Code, this statement is for compliance and/or informational purposes only and does not constitute an attempt to collect a debt or to impose personal liability for such obligation. However, Creditor retains rights under its security instrument, including the right to foreclose its lien.

**Interest Rate:** We calculated your interest rate by taking a published "index rate" and adding a certain number of percentage points, called the "margin." Under your loan agreement, your index rate is the 1st B.Day-6 Mo WSJ LIBOR and your margin is 2.25%. The 1st B.Day-6 Mo WSJ LIBOR index is published Monthly in The Wall Street Journal. The index rate plus margin will be rounded to the nearest 0.125%.

**Rate Limits:** Your rate cannot go higher than 7.75%, or lower than 2.25% over the life of the loan. Your rate can increase every 6 months by no more than 1.00%. Your rate can decrease every 6 months by no more than 1.00%.

**New Interest Rate and Monthly Payment:** The table above shows your new interest rate and new monthly payment. These amounts are based on the 1st B.Day-6 Mo WSJ LIBOR index, your margin, your loan balance of 100,801.78, and your remaining loan term of 168 months.

**Prepayment Penalty:** None

Please continue to mail your payments as previously directed.  The title and telephone number of a person who will answer any question you may have regarding this notice is:

Name:  Taylor Zeltmann
Title: Asset Manager
Toll Free Number: (800) 603-0836,  ext: 2793

*If your account is not contractually current, the new payment amount will not go into effect until your loan is due for 05/01/2020.

**The index value used is the published value, as of the effective date stated on your Note, in the printed edition of the Wall Street Journal.

In Re:                                          Case No. 17-54636-mar

Steven Leo Goralski                             Chapter 13

Debtor.                                         Judge Mark A. Randon

---

**AMENDED PROOF OF SERVICE**

---

The undersigned does hereby certify that a copy of the Notice of Mortgage Payment Change has been duly electronically serviced, noticed or mailed via U.S. First Class Mail, postage prepaid on April 13, 2020 to the following:

Steven Leo Goralski, Debtor
314 Dickenson St.
Romeo, MI 48065

William D. Johnson, Debtor's Counsel
filing@acclaimlegalservices.com

Brian D. Rodriguez, Debtor's Counsel
filing@acclaimlegalservices.com

Krispen S. Carroll, Trustee
notice@det13ksc.com

United States Trustee's Office
(registeredaddress)@usdoj.gov

Respectfully Submitted,

/s/ Molly Slutsky Simons
Molly Slutsky Simons (OH 0083702)
Sottile & Barile, Attorneys at Law
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com
Attorney for Creditor